IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : CRIMINAL CASE NO. 5:25-CR-_____ |
| | : |
| RANDY FULLER, | : VIOLATION(S): |
| | : 18 U.S.C. § 922(a)(6) |
| | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 1361 |
| Defendant. | : |

**THE GRAND JURY CHARGES:**

<u>**COUNTS ONE–SIX**</u>
**(False Statements During Acquisition of a Firearm from a Licensed Dealer)**

On or about the dates listed below in the Macon and Columbus Divisions of the Middle District of Georgia, the Defendant,

**RANDY FULLER,**

in connection with the attempted acquisition of the firearms listed below, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that he had not been convicted in any court, including military court, of a felony, or any other crime for which the judge could have imprisoned him for more than one year, even if he received a shorter sentence including probation, when in truth and in fact Defendant had been previously convicted of felony offenses on two prior occasions, namely in the Superior Court of Peach County, Georgia in 2005 and in the United States District Court for the Middle District of Georgia, Macon Division in 2015:

| Count | Date and Location | Firearm |
|---|---|---|
| One | March 17, 2025<br><br>Bass Pro Shop,<br><br>Macon, Georgia | Beretta, Model 80x Cheetah, Serial Number Y032817X, .380 ACP Pistol |
| Two | September 3, 2025<br><br>Academy Sports,<br><br>Warner Robins, Georgia | Ruger, Model Ruger-57, Serial Number 644-10795, 5.7x28 Pistol |
| Three | September 6, 2025<br><br>Bass Pro Shop,<br><br>Macon, Georgia | Glock, Model 48, Serial Number CFPD141, 9mm Luger Pistol |
| Four | September 6, 2025<br><br>Barrow Guns,<br><br>Butler, Georgia | Glock, Model 21 Gen 5 MOS, Serial Number AKNM265, .45 ACP Pistol |
| Five | October 16, 2025<br><br>Academy Sports,<br><br>Warner Robins, Georgia | Ruger, Model SR1911, Serial Number 674-03821, .45 ACP Pistol |
| Six | October 22, 2025<br><br>Barrow Gun Shop,<br><br>Butler, Georgia | SigSauer, Model 1911, Serial Number 54H000339, .45 Pistol<br><br>Kimber, Model Stainless, Serial Number K935947, .45 Pistol |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN
### (Possession of a Firearm by a Convicted Felon)

On or about October 21, 2025, in the Columbus Division of the Middle District of Georgia, the defendant,

## RANDY FULLER,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Springfield Armory, Premium Grade, 1911-A1, .45 auto caliber, semiautomatic pistol, serial number NM881588, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT EIGHT
### (Possession of a Firearm by a Convicted Felon)

On or about October 22, 2025, in the Columbus Division of the Middle District of Georgia, the defendant,

## RANDY FULLER,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess two firearms, that are, a Sig Sauer, Model 1911, .45 auto caliber, semi-automatic pistol, serial number 54H000339 and a Kimber, Model Stainless II, .45 ACP caliber, semi-automatic pistol, serial number K935947, said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINE
### (Injury or Depredation to Government Property)

On or about October 31, 2025, in the Macon Division of the Middle District of Georgia, the defendant,

## RANDY FULLER,

A TRUE BILL.

_s/Foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

TRAVIS D. LYNES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __18__ day of __NOV__, 2025.

Deputy Clerk